| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2019 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>WERLEIN, JR., EWING | 2. Court or Organization<br><br>USDC/SO. DIST. TEXAS | 3. Date of Report<br><br>08/11/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2019<br>to<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>515 RUSK AVENUE, ROOM 11521<br>HOUSTON, TX 77002-2605 | | |
| *IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | The Methodist Hospital, Houston, Texas (d/b/a Houston Methodist) |
| 2. | Senior Chair of TMH Board, director ex officio w/vote | Methodist Health Centers; The Methodist Hospital Foundation; The Methodist Hospital Academic Institute; and TMH Health Care Group. |
| 3. | Trustee | Trust No. 2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WERLEIN, JR., EWING | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐　NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.　Houston Methodist | 2 tickets to ALDS Playoff Game | $642.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑　NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Halliburton com. | B | Dividend | K | T | | | | | |
| 2.   Halliburton com. | A | Dividend | K | T | | | | | |
| 3.   BP PLC, ADR | C | Dividend | K | T | | | | | |
| 4.   Exxon Mobil com. | D | Dividend | N | T | Buy<br>(add'l) | 11/12/19 | L | | |
| 5.   Anadarko Petroleum Corp. com. | A | Dividend | | | Sold | 08/08/19 | K | E | See Note (1) in Part VIII |
| 6.   Wal-Mart Stores com. | A | Dividend | K | T | | | | | |
| 7.   Exxon-Mobil com. | C | Dividend | L | T | | | | | |
| 8.   Johnson & Johnson, com. | D | Dividend | N | T | | | | | |
| 9.   Conoco Phillips, com. | C | Dividend | M | T | | | | | |
| 10.  Texas Capital Bankshares, com. | | None | N | T | | | | | |
| 11.  AT&T, com. | C | Dividend | L | T | | | | | |
| 12.  Bristol-Myers Squibb, com. | A | Dividend | K | T | | | | | |
| 13.  Berkshire Hathaway CL B com. | | None | M | T | | | | | |
| 14.  Cisco Systems, com. | A | Dividend | J | T | | | | | |
| 15.  Comcast Corp. Class A | A | Dividend | K | T | | | | | |
| 16.  HP, Inc. com | A | Dividend | J | T | | | | | |
| 17.  Hewlett Packard Enterprise Co., com. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Corp., com. | B | Dividend | L | T | | | | | |
| 19. IBM, com. | B | Dividend | K | T | | | | | |
| 20. JP Morgan Chase, com. | B | Dividend | L | T | | | | | |
| 21. Pepsico, Inc., com. | B | Dividend | L | T | | | | | |
| 22. Target Corp., com. | B | Dividend | M | T | | | | | |
| 23. Sector SPDR Financial, com. | B | Dividend | L | T | | | | | |
| 24. Phillips 66, com. | B | Dividend | L | T | | | | | |
| 25. Enterprise Prdts Prtn., LP | B | Dividend | K | T | | | | | |
| 26. Kinder Morgan, com. | B | Dividend | K | T | | | | | |
| 27. Consumer Discretionary SPDR, com. | A | Dividend | K | T | | | | | |
| 28. EPR Properties, com. | A | Dividend | J | T | | | | | |
| 29. Bank of America, com. | A | Dividend | K | T | | | | | |
| 30. Occidental Pet. Corp., com. | A | Dividend | J | T | Merged (with line 5) | 08/08/19 | J | | See Note (1) in Part VIII |
| 31. MUTUAL FUNDS: (H) | | | | | | | | | |
| 32. Fidelity MM Fund | A | Dividend | J | T | | | | | |
| 33. Fidelity Low Price Stock | G | Dividend | P1 | T | | | | | |
| 34. Fidelity Contrafund | E | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Fidelity Mid-Cap Stock | F | Dividend | O | T | | | | | |
| 36.  Loomis Sayles Bond Fund | B | Dividend | | | Buy<br>(add'l) | 02/26/19 | K | | |
| 37. | | | | | Sold | 10/30/19 | L | B | |
| 38.  FMI Large Cap Fund | C | Dividend | K | T | | | | | |
| 39.  Harbor Capital Appreciation Fund | C | Dividend | K | T | | | | | |
| 40.  Oakmark Global Sel Cl 1 Fund | A | Dividend | L | T | | | | | |
| 41.  LPL: Ins'd bank cash dep. sweep | A | Interest | K | T | | | | | |
| 42.  Western Asset Core Plus Bond | C | Dividend | L | T | | | | | |
| 43.  Blackrock Nat'l Mun. Instl. Cl. | B | Dividend | K | T | | | | | |
| 44.  JP Morgan Large Cap Growth Sel. | E | Dividend | M | T | | | | | |
| 45.  New Perspective Fund 2 | B | Dividend | K | T | | | | | |
| 46.  Nuveen All American Mun. Bd. Cl 1 | B | Dividend | K | T | | | | | |
| 47.  Invesco High Yield Mun. Cl. Y | B | Dividend | K | T | | | | | |
| 48.  Eaton Vance Flt. Rt. Advntg. | B | Dividend | K | T | | | | | |
| 49.  ISHS Russ 2000 Indx | A | Dividend | K | T | | | | | |
| 50.  BNY Mellon Equity Income f/k/a Dreyfus | B | Dividend | L | T | Buy | 02/26/19 | K | | Name change on 5/31/19 |
| 51.  Putnam Short Duration Income CLY | A | Dividend | K | T | Buy | 02/26/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Touchstone Mid Cap CLY | B | Dividend | K | T | Buy | 02/26/19 | K | | |
| 53. | Fidelity OTC Port. Fund | D | Dividend | M | T | Buy | 04/29/19 | M | | |
| 54. | Voya Strategic Income Opptys CLI IISIX | A | Dividend | L | T | Buy | 10/30/19 | L | | |
| 55. | BONDS and U.S. TREASURY NOTES: (H) | | | | | | | | | |
| 56. | Univ Tex Perm Univ FD RFDG Ser. B | B | Interest | K | T | | | | | |
| 57. | ACCOUNTS IN FINANCIAL INST: (H) | | | | | | | | | |
| 58. | Bank of America, Houston, TX (Accounts) | A | Interest | N | T | | | | | |
| 59. | Comerica Bank, Houston, TX (Accounts) | B | Interest | M | T | | | | | |
| 60. | Allegiance Bank, Houston (Accounts) | B | Interest | M | T | | | | | |
| 61. | Zions Bancorp. (Amegy) fka ZB Nat'l Assoc Amegy | A | Interest | M | T | | | | | |
| 62. | Allegiance Bank, Houston (Accounts) | C | Interest | M | T | | | | | |
| 63. | JP Morgan Secs. Bank dep. program | A | Interest | K | T | | | | | |
| 64. | REAL ESTATE: (H) | | | | | | | | | |
| 65. | Condo-Larimer County, CO | E | Rent | N | W | | | | | |
| 66. | Working Interest-Cabot U., Andrews County, TX | B | Royalty | J | W | | | | | |
| 67. | Mineral Interest, Wheeler County, TX | A | Royalty | J | W | | | | | |
| 68. | Mineral Interests, Martin and Dawson Counties, TX | F | Royalty | L | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Mineral Interest, Glasscock County, TX (Laredo Pet) | B | Royalty | J | W | | | | | |
| 70. Fractional int. in real property, Kerr County, TX | A | Rent | N | W | | | | | |
| 71. Mineral Interests, Howard County, TX | F | Royalty | M | W | | | | | See Note (2) in Part VIII |
| 72. RETIREMENT & IRA ACCOUNTS: (H) | | | | | | | | | |
| 73. IRA Acct: John Hancock Ind. Ret.Annuity (Fixed) | | None | K | V | Distributed (part) | 12/31/19 | J | A | See Note (3) in Part VIII |
| 74. IRA ROLLOVER ACCOUNT: (H) | | | | | | | | | |
| 75. --Citibank FDIC Ins. Bank Deposit Sweep | B | Interest | M | T | | | | | |
| 76. --Berkshire Hathaway CL B | | None | M | T | Sold (part) | 07/31/19 | M | F | |
| 77. --Home Depot, com. | D | Dividend | N | T | Sold (part) | 04/30/19 | L | E | |
| 78. | | | | | Sold (part) | 11/20/19 | K | E | |
| 79. --Microsoft, com. | B | Dividend | M | T | | | | | |
| 80. --Stryker Corp., com. | B | Dividend | M | T | | | | | |
| 81. --Thermo Fish. Sc., com. | A | Dividend | M | T | | | | | |
| 82. --Fidelity Low Priced Stock | F | Dividend | O | T | | | | | |
| 83. --Fidelity Small Cap Disc. Fund | D | Dividend | | | Sold (part) | 04/29/19 | L | D | |
| 84. | | | | | Sold | 06/21/19 | M | G | |
| 85. --Fidelity OTC Port | E | Dividend | O | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Fidelity 500 Index | D | Dividend | O | T | | | | | |
| 87. --Fidelity Select Medical Equip & System | B | Dividend | L | T | | | | | |
| 88. --Fidelity Select Software & IT | D | Dividend | L | T | | | | | |
| 89. --BNY Mellon FDIC Ins. Bank Deposit Sweep | A | Interest | M | T | | | | | |
| 90. --Fidelity Contrafund | C | Dividend | M | T | Buy | 07/30/19 | L | | |
| 91. --CIBC Bank USA Bank Deposit Sweep | A | Interest | M | T | | | | | |
| 92. IRA ROLLOVER ACCT NO. 2: (H) | | | | | | | | | |
| 93. CORPORATE BONDS/NOTES IN IRA ROLLOVER ACCT #2: (H) | | | | | | | | | |
| 94. --Goldman Sachs Notes due 10/23/19 | C | Interest | | | Redeemed | 10/23/19 | L | | |
| 95. --Morgan Stanley Notes due 07/23/19 | B | Interest | | | Redeemed | 07/23/19 | L | | |
| 96. --AT&T Bonds due 06/30/20 | B | Interest | M | T | | | | | |
| 97. --JP Morgan Chase Notes due 10/29/20 | C | Interest | M | T | | | | | |
| 98. --Pepsico Notes due 10/06/21 | B | Interest | L | T | | | | | |
| 99. --Wells Fargo Notes due 07/26/21 | B | Interest | M | T | | | | | |
| 100. --Amer Express Notes due 12/02/22 | C | Interest | M | T | | | | | |
| 101. --Philip Morris Internat'l Notes due 11/2/22 | B | Interest | M | T | | | | | |
| 102. --McDonald's Notes due 4/1/2023 | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --State Street Notes due 5/15/23 | C | Interest | M | T | | | | | |
| 104. --Morgan Stanley Notes due 10/23/24 | B | Interest | M | T | Buy | 09/09/19 | M | | |
| 105. --Verizon Communications Notes due 11/1/24 | B | Interest | M | T | Buy | 10/23/19 | M | | |
| 106. EQUITIES IN IRA ROLLOVER ACCT #2: (H) | | | | | | | | | |
| 107. --American Express, com. | A | Dividend | K | T | | | | | |
| 108. --Chevron, com. (fka Chevron Texaco) | C | Dividend | M | T | | | | | |
| 109. --KO, com. | C | Dividend | M | T | | | | | |
| 110. --Exxon Mobil, com. | D | Dividend | M | T | | | | | |
| 111. --J.P. Morgan Chase, com. | C | Dividend | M | T | | | | | |
| 112. --JNJ, com. | B | Dividend | L | T | | | | | |
| 113. --Merck, com. | A | Dividend | K | T | | | | | |
| 114. --PEP, com. | B | Dividend | K | T | | | | | |
| 115. --Walgreen, com. | A | Dividend | | | Sold | 09/09/19 | K | C | |
| 116. --S&P Global, com. | A | Dividend | L | T | | | | | |
| 117. --Altria Group, com. | D | Dividend | M | T | | | | | |
| 118. --Automatic Data Proc., com. | B | Dividend | L | T | | | | | |
| 119. --Occidental Pete Corp. Cal., com. | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  --Linde, PLC, com. | B | Dividend | L | T | | | | | |
| 121.  --Procter & Gamble., com. | B | Dividend | L | T | | | | | |
| 122.  --United Technologies Corp., com. | A | Dividend | K | T | | | | | |
| 123.  --Texas Instruments, com. | C | Dividend | L | T | | | | | |
| 124.  --Abbott Labs, com. | B | Dividend | L | T | | | | | |
| 125.  --McDonalds, com. | B | Dividend | L | T | | | | | |
| 126.  --Philip Morris Intl, com. | D | Dividend | M | T | | | | | |
| 127.  --Total SA., com. | A | Dividend | K | T | | | | | |
| 128.  --Nestle Sponsored ADR, com. | A | Dividend | K | T | | | | | |
| 129.  --Roche Holdings Ltd. Spon. ADR, com. | A | Dividend | L | T | | | | | |
| 130.  --Walt Disney Co., com. | A | Dividend | K | T | | | | | |
| 131.  --Air Products & Chems., com. | A | Dividend | K | T | | | | | |
| 132.  --Black Rock, com. | B | Dividend | L | T | | | | | |
| 133.  --Novo Nordisk AS ADR, com. | A | Dividend | L | T | | | | | |
| 134.  --Kinder Morgan, com. | A | Dividend | | | Sold | 09/09/19 | J | | |
| 135.  --Abbvie Inc., com. | C | Dividend | L | T | | | | | |
| 136.  --Canadian Pac Ry Ltd., com. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. --State Street Corp., com. | A | Dividend | | | Sold | 09/09/19 | J | | |
| 138. --Novartis AG Spon. ADR, com. | A | Dividend | K | T | Distributed (part) | 04/09/19 | J | | spinoff Alcon l. 147 |
| 139. --Diageo PLC Spon. ADR New, com. | A | Dividend | K | T | | | | | |
| 140. --Chubb Ltd., com | A | Dividend | K | T | | | | | |
| 141. --Intercontinental Exchange Group, com. | A | Dividend | K | T | | | | | |
| 142. --VISA, com. | A | Dividend | L | T | | | | | |
| 143. --Constellation Brands, com. | A | Dividend | | | Sold | 09/09/19 | K | D | |
| 144. --Intuitive Surgical, com. | | None | K | T | | | | | |
| 145. --Microsoft, com. | B | Dividend | M | T | | | | | |
| 146. --Union Pac., com. | A | Dividend | K | T | | | | | |
| 147. --Alcon Inc., com. | | None | J | T | Spinoff (from line 138) | 04/09/19 | J | | from Novartis l. 138 |
| 148. --United Health Group, com. | A | Dividend | L | T | Buy | 09/09/19 | L | | |
| 149. CASH ACCOUNTS IN IRA ROLLOVER ACCT NO. 2: (H) | | | | | | | | | |
| 150. --Raymond James Ins'd Bank Dep Program | A | Interest | L | T | | | | | |
| 151. IRA ROLLOVER NO. 3: (H) | | | | | | | | | |
| 152. --Lord Abbett Short Fund | E | Dividend | O | T | | | | | |
| 153. --IShares Barclays TIPS BO | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. --Invesco Oppenheimer Senior Floating Rate | C | Dividend | L | T | | | | | Name change add Invesco |
| 155. --AT&T Inc GLB bonds due 3/11/19 | A | Interest | | | Redeemed | 03/11/19 | K | | |
| 156. --Goldman Sachs Group Inc. bonds due 2/15/19 | B | Interest | | | Redeemed | 02/15/19 | K | | |
| 157. --Hewlett Packard GLB bonds due 1/14/19 | B | Interest | | | Redeemed | 01/14/19 | K | | |
| 158. --JPMorgan Chase & Co. bonds due 1/28/19 | A | Interest | | | Redeemed | 01/28/19 | K | | |
| 159. --AT&T Inc., com. | D | Dividend | M | T | | | | | |
| 160. --JP Morgan Deposit Sweep Acct. | A | Interest | J | T | | | | | |
| 161. --JP Morgan 100% Treas. Sec. MM Fd. | B | Dividend | J | T | Sold (part) | 10/02/19 | K | | |
| 162. | | | | | Sold (part) | 12/16/19 | L | | |
| 163. --U.S. Treasury Bills (due 9/26/19) | C | Interest | | | Buy | 03/28/19 | N | | |
| 164. | | | | | Redeemed | 09/26/19 | N | | |
| 165. --U.S. Treasury Bills (due 4/2/20) | | None | N | T | Buy | 10/02/19 | N | | |
| 166. TRUST NO. 2: (H) | | | | | | | | | |
| 167. --Fidelity MM | B | Dividend | M | T | | | | | |
| 168. --Fidelity Low Price Stock | E | Dividend | O | T | | | | | |
| 169. --Fidelity Small Cap Discovery Fund | D | Dividend | | | Sold (part) | 04/26/19 | K | D | |
| 170. | | | | | Sold | 06/20/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  --Fidelity OTC Portfolio Fund | E | Dividend | N | T | | | | | |
| 172.  --Fidelity MSCI Consumer ETF | A | Dividend | K | T | | | | | |
| 173.  --Fidelity MSCI Energy ETF | | None | | | Sold | 01/30/19 | K | | |
| 174.  --Fidelity MSCI Financials ETF | | None | | | Sold | 01/30/19 | K | | |
| 175.  --Fidelity MSCI Industrials ETF | A | Dividend | | | Sold | 06/24/19 | K | A | |
| 176.  --Fidelity 500 Index Fund | C | Dividend | M | T | Buy | 02/07/19 | L | | |
| 177. | | | | | Buy<br>(add'l) | 05/09/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WERLEIN, JR., EWING** | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part VII, pages 4-5, lines 5 and 30:  On 08/08/19, Occidental acquired Anadarko for cash and shares in Occidental.  The cash portion I received for my shares is shown on line 5, and resulted in a gain.  The Occidental shares portion I received is shown on line 30, which resulted in no gain, and which I refer to as a "merger."

(2) Part VII, page 8, line 71:   In 2018 I used two line entries for mineral interests in Howard County, TX, one to show royalty income and the second to show rent income.  There was no rent income in 2019 and these two lines are consolidated on line 71.

(3) Part VII, page 8, line 73:  The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 08/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ EWING WERLEIN, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544